FILED
2017 Feb-13 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) )  Case No. 6:14-cv-02303-LSC |
| RICHMOND STOVALL, et al., | ) ) ) |
| Defendants | ) |

## **MEMORANDUM OPINION**

On January 5, 2017, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion for Default Judgment filed by plaintiff be granted as to defendant Richmond Stovall and that plaintiff's claims be dismissed as moot as to defendant Karen Stovall.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

The Clerk is DIRECTED to provide a copy of this Memorandum Opinion to Richmond Stovall at 7850 Highway 102, Bankston, Alabama 35542.

Done this 13th day of February 2017.

L. Scott Coogler
United States District Judge
[160704]